# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAIR EVERETT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FERNDALE HEALTHCARE, INC., et al.,<br><br>　　　　　Defendants. | Case No. **8:21-CV-01872-CJC-ADS**<br><br>**ORDER REGARDING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>Assigned to the Hon. Cormac J. Carney<br><br>State Action Filed: October 12, 2021<br>Notice of Removal Filed: November 12, 2021 |

# ORDER

Pursuant to the Parties' Stipulation to Dismiss Case with Prejudice, it is **HEREBY ORDERED** that the case titled *Blair Everett v. Ferndale Healthcare, Inc., et al.* (Case No. 8:21-CV-01872-CJC-ADS) is **DISMISSED WITH PREJUDICE** and that each party will bear its/her own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: June 3, 2022

_____
Hon. Cormac J. Carley
United States District Judge